AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> PATRICK RAY EATMON | Case No: 08-00265-001 <br> USM No: 10488-003 <br> Pro Se <br> *Defendant's Attorney* |

Date of Original Judgment: January 13, 2010
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.**  [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The Guideline Range in this case was dictated by the statutory mandatory minimum of 240 months.  The sentence of 195 months was imposed pursuant to a downward departure motion for substantial assistance.   The Fair Sentencing Act of 2010 did not change the statutory mandatory minimum, and thus the defendant's Guideline Range is still 240 months.  He is not eligible for a further downward departure under the circumstances.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 9, 2012                                     /s/  Callie V. S. Granade
                                                                                   *Judge's signature*

Effective Date: _____                                    United States District Judge
*(if different from order date)*                            *Printed name and title*